

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: | | No. 08-18-00131-CR |
| | § | |
| JOSE ALFREDO JIMENEZ, | | AN ORIGINAL PROCEEDING |
| | § | |
| RELATOR. | | IN MANDAMUS |
| | § | |
| | | |
| | § | |

## **MEMORANDUM OPINION**

Relator, Jose Alfredo Jimenez, has filed a *pro se* mandamus petition against the Honorable Bonnie Rangel, Judge of the 171st District Court of El Paso County, Texas. Relator asks that we order Respondent to rule on three motions. The petition for writ of mandamus is denied.

To obtain mandamus relief, Relator must demonstrate that he does not have an adequate remedy at law and that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial District Court of Appeals*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). To be entitled to a writ of mandamus compelling a trial court to consider and rule on a properly filed motion, Relator must establish that the trial court: (1) had a legal duty to rule on the motion; (2) was asked to rule on the motion; and (3) failed or refused to rule on the motion within a reasonable time. *In re Molina*, 94 S.W.3d 885, 886 (Tex.App.--San Antonio 2003, orig. proceeding); *see In re Layton*, 257 S.W.3d 794, 795 (Tex.App.--Amarillo 2008, orig. proceeding). Relator has failed to show he is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus.

July 27, 2018

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)